UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANA DRAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-cv-01097-SEB-DML |
| ) | |
| DAVID J. SHULKIN Secretary, Department ) | |
| of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Date: _____1/26/2018_____         _Sarah Evans Barker_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Paul J. Cummings
HENN HAWORTH CUMMINGS
Paul.Cummings@HHCFirm.com

Rachana Nagin Fischer
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
rachana.fischer@usdoj.gov

David M. Henn
HENN LAW FIRM P.C.
david.henn@HHCFirm.com

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE
kathryn.olivier@usdoj.gov